UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
IVAN BONILLA,

       Plaintiff,

- against -

J. AGUILA

       Defendants.
--------------------------------------------------------------- X

24-CV-1309 (KMK)

**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED INDIVIDUAL** (PROPOSED)

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of Plaintiff Ivan Bonilla, DIN 19-A-3053, either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the Plaintiff and the Superintendent of the correctional facility where he is then located. Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated: October 9, 2024
White Plains, New York

SO ORDERED.

HON. KENETH M. KARAS
United States District Judge

## AFFIRMATION OF SERVICE

OWEN M. CROWLEY, an attorney admitted to practice in the courts of the State of New York, affirms as follows:

I am an attorney licensed to practice in the State of New York and am an Attorney General Fellow in the office of Letitia James, Attorney General of the State of New York. I am over 18 years of age and not a party to this action.

On October 3, 2024, I served copies of the following papers:

1. Proposed Order to Depose;

on Ivan Bonilla, plaintiff *pro se,* at the following address designated in the docket of this case:

Ivan Bonilla
DIN: 19A3053
Green Haven Correctional Facility
594 Route 216
P.O. Box 4000
Stormville, NY 12582-4000

by causing a copy of the papers enclosed in a properly addressed wrapper with proper postage affixed to be deposited into the custody of the U.S Mail.

I affirm under penalty of perjury that the foregoing is true and correct.

Dated: October 3, 2024
New York, New York

/s/ *Owen M. Crowley*
Owen M. Crowley
Attorney General Fellow
28 Liberty Street, 18th Floor
New York, New York 10005
(212) 416-8952
Owen.crowley@ag.ny.gov